UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:19-01135 DSF (ADS)   Date: August 22, 2019

Title: *Walter L. Swingler v. The Department of Veterans Affairs, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):
None Present   None Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT SHOULD NOT BE GRANTED**

Plaintiff Walter L. Swingler ("Plaintiff"), proceeding pro se, filed the operative First Amended Complaint on April 15, 2019. [Dkt. No. 6]. On May 30, 2019, Plaintiff filed a Notice of Dismissal dismissing all defendants except defendant Robert Wilkie ("Defendant"). [Dkt. No. 7].

On July 16, 2019, Defendant filed a Motion to Dismiss First Amended Complaint with a supporting declaration stating Defendant complied with all service, notice, and meet and confer requirements of this Court. [Dkt. No. 8]. The Court issued two scheduling notices regarding the Motion to Dismiss hearing notifying the parties that the motion would be heard before Judge Autumn D. Spaeth on Wednesday, August 21, 2019 and specifying the time and location for the hearing. [Dkt. Nos. 9, 12]. The Court also set a briefing schedule stating, "Plaintiff shall file any opposition to the Motion to Dismiss by no later than July 31, 2019." [Dkt. No. 10].

Local Rule 7-9 requires that opposing papers or a notice of non-opposition be submitted not later than twenty-one days before the date designated for the hearing. L.R. 7-9. Therefore, Plaintiff was required to submit an opposition or a written statement that Plaintiff would not oppose Defendant's Motion by July 31, 2019. Local Rule 7-13 also requires counsel for the opposing party, or the opposing party if

appearing <u>pro se</u>, to be present on the hearing date and states that failure to appear, unless excused by the Court in advance, "may be deemed consent to a ruling upon the motion adverse to that counsel's position." L.R. 7-14.

Plaintiff failed to oppose the Motion to Dismiss. [Dkt. No. 11]. Plaintiff also failed to appear at the August 21, 2019 hearing. [Dkt. No. 13]. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE in writing by no later than September 5, 2019** why Defendant's Motion to Dismiss First Amended Complaint should not be granted due to Plaintiff's failure to oppose and/or follow Court Rules and Orders. Plaintiff may discharge this Order by filing with the Court a written statement of why Plaintiff failed to oppose the Motion and appear at the hearing or by filing a written statement that Plaintiff does not oppose the Motion.

**Failure to adequately respond to this Order to Show Cause will mean the Court will grant the Motion to Dismiss and will dismiss the case with prejudice.**

**IT IS SO ORDERED.**

Initials of Clerk <u>kh</u>