UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WALTER L. SWINGLER, | Case No. 2:19-1135 DSF (ADS) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |
| THE DEPARTMENT OF VETERANS AFFAIRS, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation ("R&R") dated November 5, 2019, [Dkt. No. 16], of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 16], is accepted;

2. The case is dismissed with prejudice; and

3. Judgment is to be entered accordingly.

DATED: December 5, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE