JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER L. SWINGLER, | Case No. 2:19-1135 DSF (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| THE DEPARTMENT OF VETERANS AFFAIRS, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: December 5, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE